Terrell HUGHES, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101863

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: September 15, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 22, 2015.

Srikant Chigurupati, Assistant Public Defender, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Robert J. Bartholomew, Jr., Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM.

Terrell Hughes (Movant) appeals the judgment of the Circuit Court of the City of St. Louis denying without an evidentiary hearing his Rule 24.035 motion for post-conviction relief. Movant claims the motion court clearly erred in denying his claim that plea counsel provided ineffective assistance by misadvising him in regard to the sentencing guidelines.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).